AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:16-cv-937

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

☒ I served the subpoena by delivering a copy to the named individual as follows: Hanno
Delivery to De Kay

on *(date)* 5/24/19 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $     for travel and $     for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 5/24/19

*Server's signature*

Neil Gilreath
*Printed name and title*

2335 Buttermilk Crossing #136
*Server's address*
Crescent Springs, KY 41017

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

ALTA MARIE MILLER, et al, )
    *Plaintiff* )
v. ) Civil Action No. 1:16-cv-937
THE CHRIST HOSPITAL, et al. )
    *Defendant* )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Daniel B. Ray, M.D.
c/o The Christ Hospital Medical Center, Liberty Township, Emergency
6939 Cox Road, Liberty Township, Ohio 45069
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Freking Myers & Reul LLC<br>600 Vine Street, 9th Floor<br>Cincinnati, Ohio 45202 | Date and Time:<br>6/10/2019 10:00 am |
|---|---|

The deposition will be recorded by this method: stenography and videotape

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/23/2019

        *CLERK OF COURT*
                                  OR
    *Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Alta Marie Miller and Matthew Miller
, who issues or requests this subpoena, are:

Randolph H. Freking, Freking Myers & Reul, 600 Vine St., 9th Flr., Cincinnati, OH 45202; Ph: 513-721-1975; randy@fmr.law

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Randolph H. Freking*
Randolph H. Freking (0009158)
Elizabeth Asbury Newman (0096921)
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, OH 45202
Ph: (513) 721-1975/Fax: (513) 651-2570
*randy@fmr.law*
*enewman@fmr.law*