**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **ALTA MARIE MILLER, et al.,** | : | Case No. 1:16-cv-937 |
| Plaintiffs, | : | Judge Susan J. Dlott |
| vs. | : | |
| **THE CHRIST HOSPITAL, et al.** | : | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE** |
| Defendants. | : | |

Defendants The Christ Hospital and The Christ Hospital Physicians, LLC (collectively, "Defendants"), through counsel, move this Court for an 11-day extension of the dispositive motion deadline from July 22, 2019, until August 2, 2019. Pursuant to Local Rule 7.3(a), Defendants' counsel consulted with Plaintiffs' counsel regarding this requested extension, and Plaintiffs do not oppose the same. Trial is not set for this matter until December 16, 2019. A proposed order granting this extension is attached hereto.

Respectfully submitted,

/s/ *Jeremie W. Imbus*
Jennifer O. Mitchell (0069594)
Jeremie W. Imbus (0092754)
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
(513) 977-8364 – phone
(513) 977-8141 – fax
jennifer.mitchell@dinsmore.com
jeremie.imbus@dinsmore.com

Gerron L. McKnight (0084669)
THE CHRIST HOSPITAL
2139 Auburn Ave.
Cincinnati, OH 45219
(513) 585-3971 – phone
(513) 585-4241 – fax
gerron.mcknight@TheChristHospital.com

***Counsel for Defendants The Christ Hospital and The Christ Hospital Physicians, LLC***

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of July, 2019 that that a true and correct copy of the foregoing document was served on all parties via electronic mail and the Court's ECF filing system:

/s/ *Jeremie W. Imbus*
Jeremie W. Imbus (0092754)